FILED: May 22, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1281
(A063-838-091)

_____

DAVID ANNOR

        Petitioner

v.

MERRICK B. GARLAND, Attorney General

        Respondent

-------------------------------

CAPITAL AREA IMMIGRANTS' RIGHTS COALITION; REFUGEE AND
IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES

        Amici Supporting Petitioner

_____

O R D E R

_____

The court amends its opinion filed March 15, 2024, as follows:

The amended language is on page 7.  Previously, the sentence accompanying

the citation to *Tinoco Acevedo* read as follows:

> On review of a particularly serious crime finding, we retain jurisdiction to consider colorable constitutional claims and legal issues, 8 U.S.C. § 1252(a)(2)(D), which we review de novo, *Tinoco Acevedo v. Garland*, 44 F.4th 241, 246 (4th Cir. 2022).

The amendment adds footnote 2 to the end of this sentence, and changes the

above-line text to read as follows:

> Because Annor was found to be removable as a noncitizen convicted of an aggravated felony, we only retain jurisdiction to consider colorable constitutional claims and legal issues, 8 U.S.C. § 1252(a)(2)(C)–(D), and we review such issues de novo, *Tinoco Acevedo v. Garland*, 44 F.4th 241, 246 (4th Cir. 2022).

For the Court

/s/ Nwamaka Anowi, Clerk